FILED
June 26, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:08-mj-216 KJM
Plaintiff, )
v. )
) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Lakeisha Pearson, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __Lakeisha Pearson__ Case _2:08-mj-216 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

_X_ Unsecured bond in the amount of $25,000, co-signed by defendant's grandmother

___ Appearance Bond with 10% Deposit

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

_X_ (Other) _PTS conditions/supervision; 3rd party custody to defendant's grandmother; mental health counseling_

Issued at _Sacramento, CA_ on _6/26/08_ at _3:40 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge